UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Pro Golf of America, Inc.,

       Plaintiff,                          Case No. 06-13986

v.                                          Hon. Nancy G. Edmunds

Fifth Third Processing Solutions, et. al.,

       Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendant's motion to dismiss is hereby DENIED.

       SO ORDERED.


                                          s/Nancy G. Edmunds
                                          Nancy G. Edmunds
                                          United States District Judge

Dated: October 19, 2007


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 19, 2007, by electronic and/or ordinary mail.

                                          s/Carol A. Hemeyer
                                          Case Manager